UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELLA SKELTON,

     Plaintiff,

v.                             Case No. 8:06-cv-1588-T-23TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.
_____/

## O R D E R

The plaintiff seeks judicial review of the denial of her claim for Social Security disability benefits.  (Doc. 1)  An August 13, 2007, report and recommendation by United States Magistrate Judge Thomas G. Wilson (Doc. 17) recommends affirming the decision of the Social Security Commissioner (the "Commissioner") to deny benefits.[1] The plaintiff objects (Doc. 18) to the report and recommendation and the Commissioner (Doc. 19) responds to the plaintiff's objections.  A de novo determination of those portions of the report and recommendation to which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution of the plaintiff's claims, and no error appears in the report and recommendation.  Accordingly, the plaintiff's objections (Doc. 18) are **OVERRULED** and the Magistrate Judge's report and recommendation (Doc. 17) is **ADOPTED**.  The Commissioner's decision is

---

[1] Referral of this matter occurred pursuant to a January 5, 1998, standing order.  See also Local Rule 6.01(b) & (c)(21).

**AFFIRMED** and the Clerk is directed to (1) enter judgment in favor of the defendant and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on September 28, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE